IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 12-46<br>Chief Judge Hornak |
| CHARLES TRELOAR | |

GOVERNMENT'S STATEMENT OF POSITION AS TO
PROBATION CORRESPONDENCE (Dkt. 67)

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said district, and states as follows:

1. Government counsel has received and reviewed U.S. Probation Officer Howard's Sealed Status Report (Dkt. 67)("Status Report"). The Government had previously filed a response to Defendant's Motion to Modify Condition (Dkt. 63) indicating that it requested that the Court defer for six months a decision regarding defendant's requested use of alcohol in light of the fact that defendant's sex offender treatment provider recommended this six month deferral to allow the therapist time to assess the potential effect of alcohol use on Mr. Treloar's success in mental health and sex offender treatment.

2. The facts set forth in the U.S. Probation Officer's Status Report lend support to the Government's position, which has not changed. USPO Howard has been attempting to ensure that Mr. Treloar is in full compliance with his required sex offender treatment conditions of supervised release. This process has not been without issues as detailed in the Status Report.

3.     Given the information set forth above and in the Status Report, counsel for the Government respectfully requests that a decision regarding the lifting of the alcohol modification be deferred for six months to allow for optimal success in Defendant's required treatment protocol.

    Respectfully submitted,

    SCOTT W. BRADY
    United States Attorney

    s/ Jessica Lieber Smolar
    JESSICA LIEBER SMOLAR
    Assistant U.S. Attorney
    PA ID No. 65406