# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Cr. No. 12-46(1) |
| v. | ) | |
| | ) | |
| | ) | |
| CHARLES W. TRELOAR, | ) | |
| | ) | Chief District Judge Hornak |
| Defendant | ) | |

## CONSENT MOTION FOR STATUS CONFERENCE
## CONCERNING CONDITIONS OF SUPERVISED RELEASE

COMES NOW, defendant above-named, with the full consent of counsel for the government, and respectfully moves the Court to hold a status conference concerning the conditions of supervised release, in support of which it is averred that:

1. Since the teleconference held on January 16, 2020, see Document 80, the parties have worked diligently and in earnest with one another, the Probation Office and officials at the University of Missouri to resolve differences between them and to address the Court's concerns.

2. After these substantial efforts, the parties have reached what is believed to be a satisfactory accommodation of all interests at stake. This accommodation seeks to consider: (a) Mr. Treloar's interest in and commitment to furthering his education, (b) the protection of the public; (c) Mr. Treloar's satisfactory performance while on supervised release over recent months (d) an understanding of the graduate program and the role that technological resources play in it that is more comprehensive than what was available during the teleconference, (e) the University's willingness to cooperate with Probation in monitoring Mr. Treloar's appropriate use of those resources, and (f) the evident commitment it shares in developing Mr. Treloar academically and professionally, and (g) the Probation Office's interest in recognizing appropriate professional and

career development opportunities when they are presented to worthy candidates on supervised release.

3. A letter with supporting materials from the directors of the graduate program, attached herein, has been central to the parties' discussions. It details the program's mission, the types of resources that students are expected to access while studying in the program, the considerations that led the school to accept Mr. Treloar as a student, and the likelihood of career success upon obtaining the degree. It is submitted in support of the request for status conference, to provide the Court with the same level of understanding of Mr. Treloar's participation in the program as the parties and their counsel have.

WHEREFORE, for the reasons above-stated, defendant requests that the Court schedule a status conference in the above captioned matter at its first convenience by whichever technology is determined to be most appropriate.

Respectfully submitted,

**/s/Patrick M. Livingston**
Patrick M. Livingston
Pa. I.D. No. 44137

220 Grant Street
Fifth Floor
(412) 281-9971
Pittsburgh, Pennsylvania 15219
mick@pmlivingston.com

Attorney for Defendant
Charles W. Treloar