# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:12-cr-00046-1 |
| | ) | |
| CHARLES W. TRELOAR, | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type:   Telephonic Status Conference (No. 1)

Date:   May 27, 2020

Before:   Chief Judge Mark R. Hornak

| | |
|---|---|
| AUSA | Jessica Lieber Smolar |
| Counsel for Defendant | Patrick M. Livingston |
| Probation | Alexis Zellefrow |
| Court Reporter | Noreen Re |
| Deputy Clerk/Law Clerks | Terence A. Parker |
| Start time | 1:33 PM |
| End time | 2:34 PM |

**SUMMARY OF PROCEEDINGS:**

- A telephonic status conference was held to discuss the recent status report filed by the Defendant regarding his proposed plan to attend an online graduate school program. The Court will continue to consider the Defendant's proposed plan and await further correspondence from the Defendant, including whether Defendant wishes to hold an evidentiary hearing on this matter.